**SO ORDERED: April 27, 2017.**

**Basil H. Lorch III**
**United States Bankruptcy Judge**

SF00076 (rev 03/2013)

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

In re:

**John Allen Parm**,
**Schmia Sabria Parm**,
Debtors.

Case No. **17−70100−BHL−13**

# ORDER STRIKING DEFICIENT FILING

A Notice of Deficient Filing dated March 30, 2017, was issued to Creditor Bridgecrest Credit Company, LLC. The responsible party failed to timely cure the deficiency, and the Court finds that the deficient filing should be stricken from the record.

**IT IS ORDERED** that the following deficient filing shall be, and hereby is, **STRICKEN** from the record:

| | |
|---|---|
| Document: | Notice of Withdrawal of Claim |
| File Date: | March 30, 2017 |
| Document Number: | 21 |

###